KEVIN HAHN, #9821
MALCOLM ♦ CISNEROS
2112 Business Center Drive
2nd Floor
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:   (949) 252-1032

608 South 8th Street
Las Vegas, Nevada 89101
Telephone: (800) 741-8806

Counsel for ONEWEST BANK, FSB

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON KENNEWEG and GRISELDA GARIBAY,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC BANK, F.S.B.; STEWART TITLE GUARANTY CO.; STEWART TITLE OF NORTHERN NEVADA aka STEWART TITLE COMPANY; MERSCORP, INC. a Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; QUALITY LOAN SERVICE CORP.; LSI TITLE AGENCY, INC.; LSI TITLE COMPANY aka LSI TITLE AGENCY, INC.; ONEWEST BANK, F.S.B.; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No. 3-10-cv-00475-LRH-RAM<br><br>**ORDER EXPUNGING LIS PENDENS** |

The Motion to Dismiss Complaint against OneWest Bank, FSB ("Defendant") for Failure to State a Claim Upon which Relief may be Granted and to Expunge Lis Pendens

///

///

("Motion") was granted without oral argument by the Honorable Larry R. Hicks, United States District Judge.

The Court hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Notice of Pendency of Action recorded as Document No. 3900674 with the Washoe County Recorder's Office is hereby expunged and shall have no force or effect whatsoever.

Dated this 21st day of January, 2011

UNITED STATES DISTRICT JUDGE

Respectfully submitted,
MALCOLM ♦ CISNEROS

KEVIN HAHN, #9821
Attorney for Defendant,
ONEWEST BANK, FSB

2